UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHAUNA I. WHITE<br>1227 Benning Road, Apt. 2<br>Capitol Heights, Maryland 20743 | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | ) | Civil Action No. 08-0382 (RJL) |
| HENRY M. PAULSON, JR.,<br>Secretary of the Treasury | )<br>)<br>)<br>) | |
| Defendant. | )<br>)<br>) | |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney John G. Interrante as counsel for defendant in the above-captioned case.

\_\_\_\_/s/_____
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov