IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Shauna I. White
Plaintiff(s)

Case Number: 1:08-cv-00382 RJL

vs

Henry M. Paulson Jr, Secretary of the Treasury
Defendant(s)

### AFFIDAVIT OF SERVICE

I, Alex M. Hernandez, hereby certify that on March 11, 2008 at 3:30 PM, I executed service of process upon **WILLO T. LEE, GCII, AUTHORIZED TO ACCEPT SERVICE OF US ATTORNEY GENERAL** at Department of Justice Room 4400, 950 Pennsylvania Ave NW, Washington, DC 20530, by delivering to and leaving with personally, copies of Summons in a Civil Case, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint, Initial Electronic Case Filing Order and Electronic Case Files Attorney/Participant Registration Form..

Willo T. Lee is described as a Black Female, approximately 5' 5" tall, 140-150 pounds, Brown eyes, Black hair, and 52 years of age. The undersigned further certifies that my place of business is: 808 L Street SE, Suite B, Washington, DC 20003-3629; that I am 43 years of age, Date of Birth 12/1/64; and that I am not a party to this action.

The cost of service is $75.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on March 12, 2008.

Date March 12, 2008.

_____
Alex M. Hernandez


WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on March 12, 2008.

_____
My Commission Expires: 10-31-2011


Ref.# 80971