Shauna I. White
Plaintiff(s)

Case Number: 1:08-cv-00382 RJL

vs

Henry M. Paulson Jr, Secretary of the Treasury
Defendant(s)

### AFFIDAVIT OF SERVICE

I, Alex M. Hernandez, hereby certify that on March 12, 2008 at 12:45 PM, I executed service of process upon **TIM KOLLER, ATTORNEY, AUTHORIZED TO ACCEPT SERVICE OF HENRY M. PAULSON JR, SECRETARY OF THE TREASURY** at 1500 Pennsylvania Ave NW, Washington, DC 20220, by delivering to and leaving with personally, copies of Summons in a Civil Case, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint, Initial Electronic Case Filing Order and Electronic Case Files Attorney/Participant Registration Form..

Tim Koller is described as a White Male, approximately 5' 11" tall, 160-170 pounds, Blue eyes, Grey hair, and 50 years of age. The undersigned further certifies that my place of business is: 808 L Street SE, Suite B, Washington, DC 20003-3629; that I am 43 years of age, Date of Birth 12/1/64; and that I am not a party to this action.

The cost of service is $75.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on March 12, 2008.

Date March 12, 2008.

_____
Alex M. Hernandez


WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on March 12, 2008.

*Roanna Settles*
My Commission Expires: 10-31-2011


Ref.# 80970