**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SHAUNA I. WHITE | ) |
| | ) |
| | )   Civil Action No. 08-0382 (RJL) |
| Plaintiff, | )   ECF |
| | ) |
| v. | ) |
| | ) |
| HENRY M. PAULSON, JR., | ) |
| Secretary of the Treasury | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Special Assistant United States

Attorney Megan M. Weis as counsel for defendant in the above-captioned case.

\_\_\_/s/_____
MEGAN M. WEIS
Special Assistant United States Attorney
Civil Division
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-5134
(202) 514-8780 (fax)
Megan.weis@usdoj.gov