UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAUNA I. WHITE ) <br> 1227 Benning Road, Apt. 2 ) <br> Capitol Heights, Maryland 20743 ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HENRY M. PAULSON, JR., ) <br> Secretary of the Treasury ) <br> ) <br> Defendant. ) <br> ) <br> _____) | Civil Action No. 08-0382 (RJL) <br> ECF |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant, Henry M. Paulson, Jr., U.S. Secretary of Treasury, through undersigned counsel, respectfully requests an extension of time of 60 days, up to and including, July 11, 2008, in which to file an answer or otherwise respond to the complaint in this case. Defendant's answer is currently due May 12, 2008. This is the first request for an enlargement of time, and the first by undersigned counsel. Plaintiff was advised of this request through counsel and consented to 45 days of this period.

For cause, Defendant states as follows: Undersigned counsel was recently assigned to this case and entered an appearance on May 8, 2008. *See* Docket Entry #7. Undersigned counsel is a newly appointed Special Assistant United States Attorney. This case, in addition to several others, were transferred to undersigned counsel from Defendant's former counsel who is taking extended medical leave. The additional time requested is necessary to review the case files, and to confer and consult with agency counsel to determine what evidentiary information is required to support Defendant's anticipated defenses to Plaintiff's claims.

WHEREFORE, the defendant respectfully requests an enlargement of time up to and including July 11, 2008, to file an answer or otherwise respond to the complaint.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
MEGAN M. WEIS
Special Assistant United States Attorney
555 Fourth Street, NW
Washington, D.C.  20530
(202) 514-5134

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAUNA I. WHITE<br>1227 Benning Road, Apt. 2<br>Capitol Heights, Maryland 20743<br><br>    Plaintiff,<br><br>  v.<br><br>HENRY M. PAULSON, JR.,<br>Secretary of the Treasury<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 08-0382 (RJL)<br>)  ECF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon Consideration of the Defendants' Partial Consent Motion for Enlargement of Time to File Answer or Otherwise Respond to Complaint, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the defendant shall file an answer or otherwise respond to the complaint by July 11, 2008.

It is **SO ORDERED** this _____ day of May, 2008.

 

HON. RICHARD J. LEON
United States District Judge